MCC:WAB:caz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:09-CR- 147 |
| | ) (Judge Kane) |
| v. | ) |
| | ) |
| PATRICIA TURNER | ) |

FILED
HARR~~~

**INDICTMENT**

APR 2~ 2009

MARY E. ~~
Per~~

**THE GRAND JURY CHARGES THAT:**

## COUNT I

On or about September 15, 2008, in Harrisburg, Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**PATRICIA TURNER,**

did knowingly and willfully make materially false, fictitious and fraudulent representations in a matter within the jurisdiction of the United States Department of Housing and Urban Development, a department and agency of the United States government, in that the defendant provided false, fictitious and fraudulent information to representatives of the Harrisburg Housing Authority which operates Lick Towers, a public housing project completely funded by HUD, in that the defendant, in her application to rent a unit at Lick Towers, provided materially false information about her

criminal record knowing that truthful information about the defendant's criminal record would have disqualified her from obtaining a lease and federally subsidized housing.

All in violation of Title 18, United States Code, Sections 1001 and 2.



MARTIN C. CARLSON
UNITED STATES ATTORNEY